IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARKUS AKEEM BROWN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                    CASE NO. 1D16-3961

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed October 7, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Markus Akeem Brown, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied as premature.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.